JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIEDMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>PNC BANK NATIONAL ASSOCIATION,<br><br>　　Defendant. | Case No.:  2:24-cv-10278-CBM-E<br><br>**JUDGMENT** |

Consistent with the Court's Order re: Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant PNC Bank National Association and against Plaintiff Michael Friedman.

DATED:  October 17, 2025.

　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1